UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES FIDELITY AND
GUARANTY COMPANY

       Plaintiff,

                                      Hon.  Paul D. Borman
vs.                               Case No.  2:07-CV-12665
                                        Referral Judge: Steven R. Whalen

NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA; AMERICAN INTERNATIONAL
GROUP, INC.; and AIG TECHNICAL SERVICES, INC.,

       Defendants.

_____

## ORDER AMENDING PLAINTIFF'S COMPLAINT TO WITHDRAW CLAIMS AGAINST DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC. AND AIG TECHNICAL SERVICES, INC. AND DISMISSING DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC. AND AIG TECHNICAL SERVICES, INC.

The Court having reviewed the attached Stipulation, and otherwise being fully advises of the premises, IT IS HEREBY ORDERED as follows:

1.      Plaintiff's Complaint is amended to withdraw and dismiss all allegations against Defendants American International Group, Inc. and AIG Technical Services, Inc. without prejudice.  Defendant National Union Fire Insurance Company of Pittsburgh, PA is not required to file an Answer to that Amended Complaint as its previous Answer shall stand in its place;

2.      Defendants American International Group, Inc. and AIG Technical Services, Inc. are dismissed without prejudice;

3.      Defendant, National Union Fire Insurance Company of Pittsburgh, PA shall be obligated to make the employees, agents and/or records keepers of American

International Group, Inc., AIG Technical Services, Inc. and AIG Domestic Claims, Inc. available for deposition and trial the same as if American International Group, Inc., AIG Technical Services Inc., and AIG Domestic Claims, Inc. were parties to this litigation, preserving all protections, privileges, rights and objections to which a party is entitled;

4.      Defendant, National Union Fire Insurance Company of Pittsburgh, PA shall be obligated to respond to all discovery in this litigation the same as if such discovery were also directed to American International Group, Inc., AIG Technical Services, Inc. and AIG Domestic Claims, Inc., as parties to this litigation, preserving all protections, privileges, rights and objections to which a party is entitled;

5.      This order amending Plaintiff's Complaint to withdraw and dismiss all allegations against American International Group, Inc. and AIG Technical Services, Inc. shall not be used as a defense by National Union in this litigation, as it relates to the actions taken, if any, by American International Group, Inc., AIG Technical Services, Inc. and AIG Domestic Claims, Inc., and/or their employees or agents, with regard to the matters captioned *Jerry Ashley v. National Steel, Inc., et al,* Wayne County Circuit Court Case No. 03-316563-NO and *National Steel v. National Union, et al,* Wayne County Circuit Court Case No. 04-405256, except only to the extent that disputed issues are resolved by this order;

6.      The actions taken, if any, by American International Group, Inc., AIG Technical Services, Inc., and/or AIG Domestic Claims, Inc. and/or their employees or agents, with regard to the matters captioned *Jerry Ashley v. National Steel, Inc., et al*, Wayne County Circuit Court Case No. 03-316563-NO and *National Steel v. Nation Union, et al.*, Wayne County Circuit Court, Case No. 04-405256-CK were taken on

behalf of, and authorized by, National Union Fire Insurance Company of Pittsburgh, PA

("National Union") and, as it relates to this litigation, National Union shall be responsible

for such actions taken, if any, by American International Group, Inc., AIG Technical

Services, Inc., and/or AIG Domestic Claims, Inc. and/or their employees or agents.


        IT IS SO ORDERED.



                                      s/Paul D. Borman
                                      PAUL D. BORMAN
                                      UNITED   STATES   DISTRICT
                                      JUDGE

Dated:  April 18, 2008

CERTIFICATE OF SERVICE

        Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 18, 2008.


                                        s/Denise Goodine
                                      Case Manager