UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES FIDELITY AND
GUARANTY CO.,

          Case Number: 07-12665

          Plaintiff,

          JUDGE PAUL D. BORMAN
v.          UNITED STATES DISTRICT COURT

NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH P.A.,

          Defendant.
_____ /

## ORDER (1) DENYING PLAINTIFF'S MOTION TO STRIKE, AND (2) ALLOWING PLAINTIFF TO RETAIN AN EXPERT WITNESS

Before the Court is Plaintiff United States Fidelity and Guaranty Co.'s Motion to Strike Defendant's Expert, filed December 5, 2008. (Doc. No. 51). The motion was fully briefed, and this Court heard oral argument on February 26, 2009.

In the interest of justice, the Court will not strike Defendant's expert witness but will allow Plaintiff to retain an expert witness.

Plaintiff is hereby ordered to identify an expert witness and disclose the expert witness report within thirty (30) days of the date of this Order. Defendant will then have fourteen (14) days to supplement its expert report if it so chooses.

SO ORDERED.

          S/Paul D. Borman
          PAUL D. BORMAN
          UNITED STATES DISTRICT JUDGE

Dated: February 26, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 26, 2009.

                                                        S/Denise Goodine
                                                        Case Manager